SILVER LAKE SALOON, INC., T/A KEY LARGO AND SUSSMAN–
CROSS, INC. v. BOROUGH OF BELMAR, ET AL.

September 14, 1988.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. KENNETH IORIO.

September 14, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD KING.

September 22, 1988.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 109 *N.J.* 500)